IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOINGOC "MARY" DINH, D.O., | CIVIL ACTION |
| Plaintiff, | |
| -v.- | No. 2:21-cv-5129 |
| THE GOOD SAMARITAN HOSPITAL OF LEBANON, PENNSYLVANIA, d/b/a WELLSPAN GOOD SAMARITAN HOSPITAL, and WELLSPAN HEALTH | JURY TRIAL DEMANDED |
| Defendants. | |

**STIPULATION OF COUNSEL**

It is this 24th day of November 2021, hereby STIPULATED and AGREED among counsel for the parties as follows:

1. Jennifer Craighead Carey, Esquire of Barley Snyder accepts service of the Complaint on behalf of the Defendants.

2. The deadline for Defendants to answer, move or otherwise plead to the Complaint shall be extended to December 27, 2021.

|  |  |
|---|---|
| /s/ Stanley B. Cheiken | BARLEY SNYDER |
|  | By: /s/ Jennifer Craighead Carey |
| STANLEY B. CHEIKEN | JENNIFER CRAIGHEAD CAREY |
| 2167 Huntingdon Pike | 126 East King Street |
| Huntingdon Valley, PA 19006 | Lancaster, PA 17602 |
| (215) 572-8600 | (717) 399-1523 |
| sbc@cheikenlawfirm.com | jcraighaed@barley.com |
| Counsel for Plaintiff | Counsel for Defendants |

8961118.1