IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOINGOC "MARY" DINH, D.O. | : |
| | : |
| Plaintiff | : NO 2:21-CV-5129 |
| | : |
| v. | : Honorable Nitza I. Quiñones Alejandro |
| | : |
| THE GOOD SAMARITAN HOSPITAL | : |
| OF LEBANON PENNSYLVANIA, | : |
| d/b/a WELLSPAN GOOD | : |
| SAMARITAN HOSPITAL and | : |
| WELLSPAN HEALTH | : |
| | : |
| Defendant | : |

## DEFENDANTS' MOTION TO TRANSFER VENUE

For the reasons set forth in the attached brief and in accordance with Federal Rule of Civil Procedure 1404(a), Defendants The Good Samaritan Hospital of Lebanon Pennsylvania, d/b/a WellSpan Good Samaritan Hospital[1] and WellSpan Health respectfully request that this matter be transferred to the United States District Court for the Middle District of Pennsylvania. Defendants' proposed order reflects that relief.

Respectfully Submitted,

BARLEY SNYDER LLP

Dated: December 23, 2021

*/s/ Jennifer Craighead Carey*
Jennifer Craighead Carey, Esq.
(Pa. Bar. No. 69105)
jcraighead@barley.com
*Attorney for Defendants*
126 East King Street
Lancaster, PA 17602-2893
Tel: (717) 299-5201 / Fax: (717) 291-4660

---

[1] The comma has been omitted after Lebanon to comport with the Hospital's proper legal name.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing, Defendants' Motion to Transfer Venue, was filed electronically and is available for viewing and downloading on the Court's CM/ECF system this 23rd day of December, 2021.

Stanley B. Cheiken, Esquire
2617 Huntingdon Pike
Huntingdon Valley, PA 19006

BARLEY SNYDER LLP

*/s/ Jennifer Craighead Carey*
Jennifer Craighead Carey, Esq
(Pa. Bar No. 69105)
jcraighead@barley.com
*Attorney for Defendants*
126 East King Street
Lancaster, PA  17602-2893
Tel:  (717) 299-5201
Fax: (717) 291-4660

9011905.1