# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOINGOC "MARY" DINH, D.O.,** | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | **No. 2:21-cv-5129** |
| -v.- | : | |
| | : | |
| **THE GOOD SAMARITAN HOSPITAL** | : | **ELECTRONICALLY FILED** |
| **OF LEBANON PENNSYVLVANIA,** | : | |
| **D/B/A WELLSPAN GOOD** | : | |
| **SAMARITAN HOSPITAL,** | : | |
| **AND WELLSPAN HEALTH** | : | |
| | : | |
| **Defendants.** | : | |

## DEFENDANTS' CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants state the following:

1.      Defendant, The Good Samaritan Hospital of Lebanon Pennsylvania d/b/a WellSpan Good Samaritan Hospital, is a Pennsylvania non-profit, non-stock corporation. Its sole member is Defendant WellSpan Health.

2.      Defendant, WellSpan Health, is a Pennsylvania non-profit, non-stock corporation. It does not have any members.

Respectfully submitted,

BARLEY SNYDER LLP

By:  */s/ Jennifer Craighead Carey*
      Jennifer Craighead Carey, Esq.
      (Pa. Bar. No. 69105)
      jcraighead@barley.com
      126 East King Street
      Lancaster, PA 17602-2893
      Tel: (717) 299-5201
      Fax:  (717) 291-4660
      *Attorney for Defendants*

9009665.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing, Defendants' Corporate

Disclosure, was served this 23rd day of December, 2021, via the Court's CM/ECF system and is

available for viewing and downloading.


Stanley B. Cheiken
2167 Huntingdon Pike
Huntingdon Valley, PA 19006
(215) 572-8600
sbc@cheikenlawfirm.com
*Attorney for Plaintiff*


BARLEY SNYDER LLP

By:  */s/ Jennifer Craighead Carey*
    Jennifer Craighead Carey, Esq.
    (Pa. Bar. No. 69105)
    jcraighead@barley.com
    126 East King Street
    Lancaster, PA 17602-2893
    Tel: (717) 299-5201
    Fax: (717) 291-4660
    *Attorney for Defendants*

9009665.1